

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2017

No. 04-17-00556-CV

**IN THE INTEREST OF S.R.V., A CHILD,**
Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01961
Honorable Richard Garcia, Judge Presiding

# O R D E R

On December 4, 2017, appellant filed her amended appellant's brief. Per our letter dated December 6, 2017, appellant is advised that the amended brief does not correct many of the deficiencies previously noted by this Court in our order dated November 7, 2017. However, we are not ordering rebriefing for a second time.

The appendix attached to appellant's amended brief, however, violates Texas Rule of Appellate Procedure 9.9 in that the appendix includes sensitive data, specifically the name of a minor, and such data has not been redacted to protect the minor's identity. *See* TEX. R. APP. P. 9.9 (indicating sensitive data, such as the name of any person who was a minor when the underlying suit was filed, may not be filed with the court and must be redacted).

We therefore **ORDER** that appellant's appendix to her amended brief is **STRICKEN without prejudice to refiling in compliance with Texas Rule of Appellate Procedure 9.9**. Appellee's brief is due **December 27, 2017.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court